PROB 12C
(7/93)

# United States District Court
## for the
# District of Alaska
### Petition for Warrant or Summons for Offender Under Supervised Release

Name of Offender: Adrian Smith                              Case Number: A04-045 CR (JKS)

Sentencing Judicial Officer:      James K. Singleton, Senior U.S. District Court Judge

Date of Original Sentence:        September 17, 2004

Original Offense:                 Maintaining a Place for Using Marijuana

Original Sentence:                24 months jail, three years supervised release

Date Supervision Commenced:       February 13, 2006

Asst. U.S. Attorney: Audrey Renschen                        Defense Attorney: Kevin McCoy

*RECEIVED DEC 1 8 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.*

## PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervised release:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The defendant has violated the Standard Condition of Supervision 7, "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician," in that on or about December 10, 2007, the defendant admitted to smoking marijuana. This violation is a Grade C violation. |
| 2 | The defendant has violated the Standard Condition of Supervision 7, "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician," in that On December 10, 2007, the defendant was in possession of of a "whizzinator", a device used to deceive drug/urine tests. This violation is a Grade C violation. |

*Petition for Warrant or Summons*
Name of Offender     :     *Adrian Smith*
Case Number          :     *A04-045 CR (JKS)*

U.S. Probation Officer Recommendation:

    The term of supervised release should be:

        [X]    Revoked
        [ ]    Extended for _____ year(s), for a total term of _____ years.

[ ]    The conditions of supervised release should be modified as follows:

Respectfully submitted,

**REDACTED**
Travis Lyons
U.S. Probation/Pretrial Services Officer
Date: December 17, 2007

Approved by:

**REDACTED SIGNATURE**
Eric D. Odegard
Supervising U.S. Probation Officer

THE COURT ORDERS

[ ]    *The WARRANT FOR ARREST be delivered to the U.S. Marshal's Service; and the petition, probation officer's declaration, and a copy of the warrant shall be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the offender. The petition for supervised release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.*

[X]    The issuance of a summons. The Petition for Supervised Release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[ ]    Other:

*Petition for Warrant or Summons*
*Name of Offender      :   Adrian Smith*
*Case Number           :   A04-045 CR (JKS)*

REDACTED SIGNATURE

James K. Singleton
Senior U.S. District Court Judge

December 18, 2007
Date

**Supervised Release Cases:** Pursuant to 18.U.S.C. § 3401(I), the sentencing District Court may designate a Magistrate Judge to conduct hearings to modify, revoke, or terminate supervised release, including evidentiary hearings, and to submit to the Court proposed findings of facts and recommendations, including disposition recommendations.

**Probation Cases:** Pursuant to *United States v. Frank F. Colacurcio,* 84 F.3d 326, a Magistrate Judge has the authority to conduct a probation revocation hearing **only if** the following three conditions are satisfied: (1) the defendant's probation was imposed for a misdemeanor; (2) the defendant consented to trial, judgment, and sentence by a Magistrate Judge; and (3) the defendant initially was sentenced by a Magistrate Judge. Therefore, a District Court **may not** designate a Magistrate Judge to conduct revocation hearings on probation cases where a District Court was the sentencing Court.

# United States District Court
for the
## DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) ) ) ) vs. ) ) ) Adrian Smith ) | Case Number: A04-045 CR (JKS) DECLARATION IN SUPPORT OF PETITION |

I, Travis Lyons, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of Supervised Release for Adrian Smith, and in that capacity declare as follows:

On September 16, 2004, the above named defendant was sentenced to 24 months jail and three years supervised release for Maintaining a Place for Using Marijuana. The defendant started his supervised release on or about February 13, 2006. Some of his conditions included that he not possess/use illegal drugs or drug paraphernalia.

On December 10, 2007, the probation officer contacted the defendant at his reported residence. At that time, it was requested that the defendant provide a urine sample for testing. The defendant stated that he could not at that time. An appointment was set up for later that evening at the local treatment center. The defendant showed for the testing and it was subsequently discovered that he possessed a whizzinator, which is a device that is shaped like a penis, attached to a bladder that is used for defeating urine/drug tests. The defendant then admitted to smoking marijuana heavily and that he had a substance abuse problem.

Executed this 17th day of December 17, 2007, at Anchorage, Alaska, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

**REDACTED**

Travis Lyons
U.S. Probation Officer
District of Alaska