AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA



ORIGINAL

RECEIVED
JAN 0 2 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| UNITED STATES OF AMERICA | **SUMMONS IN A CRIMINAL CASE** |
| V. | Case Number: 3:04-CR-00045-JKS |
| ADRIAN MICHAEL SMITH | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place | Room |
|---|---|
| Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513 | COURTROOM #6 |
| Before: MAGISTRATE JUDGE JOHN D. ROBERTS | Date and Time<br>1/8/08 at 2:30 p.m. |

To answer a(n)
[] Indictment  [] Information  [] Complaint  [] Violation Notice  [XX] Supervised Release Violation Petition

Charging you with a violation of:

Title  United States Code, Section(s)

Brief description of offense:
Violation of conditions of Supervised Release

| | |
|---|---|
| Ida Romack, Clerk of Court<br>Signature of Issuing Officer | December 18, 2007 at Anchorage, AK<br>Date and Location |
| by, Signature Redacted /Deputy Clerk<br>Name and Title of Issuing Officer | |

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 601 W. 5th Avenue, Suite 800, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]   Date 12/28/07   1530hr

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: Kenai Police Dept
107 S Willow, Kenai, AK

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 12/28/07
Date

Patricia Gordon
Kenai Police Officer

Randy M Johnson
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.