Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       vs.<br><br>ADRIAN MICHAEL SMITH,<br><br>                Defendant. | NO. 3:04-cr-00045-01-JKS<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE INITIAL APPEARANCE** |

       Adrian Smith asks this Court for an order on shortened time continuing the initial appearance in this matter for seven days.  The initial appearance is presently scheduled for January 8, 2008, at 2:30 p.m.  The continuance is appropriate because the probation service, the government, and Mr. Smith have agreed to a resolution of this matter and wish to have the matter set when defense counsel can be present.

       The probation service does not oppose this request and has represented to the undersigned that the government does not oppose this request.

If this request is granted, defense counsel will notify Mr. Smith of the continued initial appearance date.

This motion is submitted pursuant to D.Ak.L.Crim.R. 47.1 and is based upon the affidavit of Kevin F. McCoy filed herewith.

DATED at Anchorage, Alaska this 3rd day of January 2008.

Respectfully submitted,

/s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on January 3, 2008, a copy of the *Unopposed Motion on Shortened Time to Continue Initial Appearance* was served electronically on:

Audrey J. Renschen
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
E-mail: audrey.renschen@usdoj.gov

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

/s/Kevin F. McCoy