UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADRIAN MICHAEL SMITH,<br><br>Defendant. | NO. 3:04-cr-00045-01-JKS<br><br>**PROPOSED ORDER** |

After due consideration of Adrian Smith's Unopposed Motion on Shortened Time to Continue Initial Appearance, the motion is granted.

IT IS HEREBY ORDERED that the initial appearance in this case, currently scheduled for January 8, 2008, shall be continued to _____, 2008, at _____ ___.m.

DATED this ____ day of _____ 2008, in Anchorage, Alaska.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE