Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ADRIAN MICHAEL SMITH,<br><br>　　　　Defendant. | NO. 3:04-cr-00045-01-JKS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

　　　　Kevin F. McCoy, being first duly sworn upon oath, deposes and says as follows:

　　　　1.　　I originally represented Mr. Smith in this matter.

　　　　2.　　We received an ECF notice from the Court indicating that Mr. Smith had been served with a summons directing that he appear in Anchorage to respond to a petition to revoke supervised release.

3. I am required to be in Seattle for oral argument in *Douglas v. Hyden*, Case No. 07-35365, before the Ninth Circuit on January 9, 2008, and cannot be available for the initial appearance in this matter.

4. The parties have reached a negotiated disposition of the this matter and are asking that it be calendared for a date and time when I can be available so that Mr. Smith only has to travel from Kenai to Anchorage once.

5. I have spoken to Probation Officer Travis Lyons regarding this request. Mr. Lyons indicates that the probation service does not oppose this request. Mr. Lyons also indicates that the government does not oppose this request.

6. I have agreed to notify Mr. Smith of the new initial appearance date, if this request is granted.

7. For all these reasons, I am asking that the initial appearance on the petition to revoke supervised release be continued by seven days.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     kevin_mccoy@fd.org

SUBSCRIBED AND SWORN to before me this 3rd day of January 2008.



Notary Public in and for Alaska
My Commission Expires: 12/20/2008

Certification:
I certify that on January 3, 2008,
a copy of the *Affidavit of Counsel*
was served electronically on:

Audrey J. Renschen
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
E-mail: audrey.renschen@usdoj.gov

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

/s/Kevin F. McCoy