MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ADRIAN MICHAEL SMITH    CASE NO. 3:04-cr-00045-JKS
Defendant:  X Present  X On Summons

BEFORE THE HONORABLE:        JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        APRIL KARPER

UNITED STATES' ATTORNEY:    STEPHAN COLLINS FOR AUDREY RENSCHEN

DEFENDANT'S ATTORNEY:       SUE ELLEN FOR KEVIN MCCOY - APPOINTED

U.S.P.O.:                    TRAVIS LYONS

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
            RELEASE (DKT 21) HELD JANUARY 15, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:36 p.m. court convened.

 X Copy of Petition to Revoke Supervised Release given to
   defendant.

 X Defendant sworn.

 X Defendant stated true name: Same as above.

 X Defendant advised of general rights.

 X Financial Affidavit **FILED.**
    X Federal Public Defender accepted appointment; FPD notified.

 X Defendant **ADMITTED** allegations 1 and 2 of the Petition to
   Revoke Supervised Release.

 X Matter to be referred to U.S. District Judge for:
    X Final Disposition Hearing; parties requested the Disposition
      Hearing to be set no sooner than one week and not later than
      February 1, 2008.

 X Detention uncontested; defendant detained.

 X Order of Detention Pending Trial **FILED.**

 X OTHER: Court and counsel heard re agreed upon disposition.

At 2:56 p.m. court adjourned.

DATE:     January 15, 2008     DEPUTY CLERK'S INITIALS:   amk

Revised 6-18-07