**RECEIVED**
JAN 3 0 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

UNITED STATES DISTRICT COURT
District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA, | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| vs. | (For Revocation of Probation or Supervised Release) |
| | For Offenses Committed On or After November 1, 1987 |
| ADRIAN MICHAEL SMITH. | (Original Judgment filed 9/17/2004) |
| | Case Number: 3:04-CR-00045-01-JKS |
| | Kevin McCoy |
| | Defendant's Attorney |

Defendant's probation officer filed a petition on 12/18/2007 accusing defendant of 2 violations of the conditions of supervision provided in the original judgment. Defendant ADMITTED allegations 1 and 2 of the Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Standard | Use Of Marijuana | 12/10/2007 | C |
| 2 | Standard | Drug/Urine Test | 12/10/2007 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 3 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

JANUARY 29, 2008
Date of Disposition Hearing

SIGNATURE REDACTED
Signature of Judicial Officer
RALPH R. BEISTLINE, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

January 29, 2008
Date

AO245.REV

Defendant: ADRIAN MICHAEL SMITH                Amended Judgment--Page 2 of 3
Case No.:  3:04-CR-00045-01-JKS

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of  5 months with credit for time served .

[_]  The court makes the following recommendations to the Bureau of Prisons:



[X]  The defendant is remanded to the custody of the United States Marshal.
[_]  The defendant shall surrender to the United States Marshal for this district,
         [_]  at _____ a.m./p.m. on _____.
[_]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
         [_]  before 2 p.m. on _____.
         [_]  as notified by the United States Marshal.
         [_]  as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at
_____, with a certified copy of this judgment.

                                      _____
                                      United States Marshal

                                      By _____
                                            Deputy Marshal

AO245.REV

Defendant: ADRIAN MICHAEL SMITH
Case No.:  3:04-CR-00045-01-JKS

Amended Judgment--Page 3 of 3

**SUPERVISED RELEASE (MODIFIED)**

The term of supervision is extended as follows: 14 months.

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's **original** judgment shall remain in effect.

AO245.REV