```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.   **ADRIAN MICHAEL SMITH**   CASE NO. 3:04-CR-00045-JKS
Defendant:  X Present    X In Custody

BEFORE THE HONORABLE:          RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:         ALEXIS GUTIERREZ/SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:       STEPHAN COLLINS

DEFENDANT'S ATTORNEY:          KEVIN MCCOY

U.S.P.O.:                      TRAVIS LYONS

PROCEEDINGS: FINAL DISPOSITION HEARING ON PETITION TO REVOKE
             SUPERVISED RELEASE (DKT 21) HELD 1/29/08:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:32 a.m. court convened.

 X Defendant previously **ADMITTED** allegations  1 and 2 of the
   Petition to Revoke Supervised Release (Dkt 21).

 X FINAL DISPOSITION HEARING:

    X Supervised Release revoked.

    X Defendant imprisoned for a period of  5 months with Credit
      for Time Served.

 X Defendant to serve term of supervised release for a period of
    14 months   under the usual terms and conditions with special
   conditions of supervised release as stated in the judgment.

 X Defendant remanded to the custody of the U.S. Marshal.

At 9:38 a.m. court adjourned.




DATE:       January 28, 2008     DEPUTY CLERK'S INITIALS:   SCL


Revised 6-18-07